UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMONA DANIELS, § § Plaintiff, § VS. § UNIVERSITY OF TEXAS MD ANDERSON § CANCER CENTER, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:16-CV-2473 |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant Penny Phillips' Motion to Dismiss Plaintiff's Section 1981 Claim (Doc. #48) and Magistrate Judge Stacy's Memorandum and Recommendation (Doc. #49) recommending that Defendant Phillips' Motion to Dismiss be granted. Plaintiff Ramona Daniels neither responded to the motion for summary judgment nor did she object to the Memorandum and Recommendation.

Upon review, the Court agrees with the Magistrate Judge's conclusion that a Section 1981 claim alleged against a public official in his individual capacity can only be alleged through a Section 1983 claim. Although Plaintiff was given the opportunity to amend her pleading to assert her claim under Section 1983, she has failed to do so. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. #49) is **ADOPTED**. Defendant Penny Phillips' Motion to Dismiss Plaintiff's Section 1981 Claim (Doc. #46) is **GRANTED**.

SIGNED at Houston, Texas, this 31st day of May, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE